IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

CHSPSC, LLC,

        Plaintiff,

v.

ST. FRANCIS HOSPITAL, INC.,

        Defendant.

Civil Action No. 4:15-cv-00133-CDL

### DEFENDANT ST. FRANCIS HOSPITAL'S CORPORATE DISCLOSURE STATEMENT

COMES NOW Defendant St. Francis Hospital, Inc. ("St. Francis"), pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Middle District of Georgia Local Rule 87, and provides the following corporate disclosures:

A. St. Francis is a nonprofit, tax exempt organization. St. Francis has no parent companies, and there are no publicly held companies that own 10% or more of St. Francis's stock.

B. The following is a list of St. Francis's subsidiaries and affiliated entities:

    1. Columbus Gynecology Oncology Management Services, LLC

    2. SFH Emergency Physicians, LLC

    3. SFH Columbus Cardiology, LLC

    4. SFH Vascular Institute, LLC

    5. St. Francis Anesthetists, LLC

    6. St. Francis Cardiac Management Services, LLC

    7. St. Francis Cardiovascular Institute, LLC

8. St. Francis Center for Breast Health, LLC

9. St. Francis Center for Digestive Disorders, LLC

10. St. Francis Center for Surgical Care, LLC

11. St. Francis Columbus Clinic, LLC

12. St. Francis CVC, LLC

13. St. Francis Electrophysiologists Group, LLC

14. St. Francis ENT, LLC

15. St. Francis GI, LLC

16. St. Francis Hospital Affiliated Services, Inc.

17. St. Francis Hospital Foundation, Inc.

18. St. Francis Hospital Intensivists, LLC

19. St. Francis Hospitalists, LLC

20. St. Francis General Surgeons, LLC

21. St. Francis Management Services Organization, LLC

22. St. Francis Medical Groups

23. St. Francis Neurology, LLC

24. St. Francis Obstetric and Gynecology, LLC

25. St. Francis Orthopaedic Institute, LLC

26. St. Francis Psychiatrists, LLC

27. St. Francis Radiologists, LLC

28. St. Francis Urgent Care, LLC

29. St. Francis Wound Care Physicians, LLC

30. The Bradley Center

Respectfully submitted this 28th day of August, 2015.

                        TROUTMAN SANDERS LLP

                        */s/ J. Nick Phillips*
                        William N. Withrow, Jr.
                        Georgia Bar No. 772350
                        Pete Robinson
                        Georgia Bar No. 610658
                        J. Nick Phillips
5200 Bank of America Plaza       Georgia Bar No. 986208
600 Peachtree Street, N.E.         Kathleen M. Campbell
Atlanta, Georgia  30308-2216    Georgia Bar No. 839699
Telephone:   404-885-3000
Facsimile:   404-885-3900      *Counsel for St. Francis Hospital, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing **DEFENDANT ST. FRANCIS HOSPITAL'S CORPORATE DISCLOSURE STATEMENT** was electronically filed with the Clerk of Court using the CM/ECF system, which automatically serves notification of such filing to all counsel of record.

This 28th of August, 2015.

/s/ J. Nick Phillips
J. Nick Phillips
Georgia Bar No. 986208

26562949